# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2639 Disciplinary Docket No. 3 |
| | : | |
| JOSEPH RICHARD COSTELLO | : | Board File No. C1-19-598 |
| | : | |
| | : | (Supreme Court of New York, Appellate |
| | : | Division: Second Judicial Dept., No. 2016- |
| | : | 07640) |
| | : | |
| | : | Attorney Registration No. 83620 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 18th day of September, 2019, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Joseph Richard Costello is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of six months. He shall comply with all the provisions of Pa.R.D.E. 217.